IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-CR-30130-NJR |
| ) | |
| DUSHAWN HARRIS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. From March 15, 2018 through March 22, 2018, a Confidential Source ("CS") made a series of recorded calls with Dushawn HARRIS. In those calls, the CS and Dushawn HARRIS negotiated a price of $27,000 for one kilogram of cocaine and discussed plans for Dushawn HARRIS to travel from Cleveland to St. Louis to pick up the drugs. Dushawn HARRIS planned to bring $20,000 with him to pick up the cocaine and then deliver the remaining $7,000 at a later time.

2. On March 22, 2018, Dushawn HARRIS rented a car in Parma, Ohio, and began traveling toward St. Louis to meet with the CS and pick up the controlled substance.

3. At approximately 4:20 a.m. on March 23, 2018, agents decided to stop Dushawn HARRIS's vehicle while he was traveling to St. Louis. They performed a traffic stop near Mile Marker 30 in Highland, Illinois. During a consensual search of Dushawn HARRIS's rental vehicle and person, officers located $22,253 in United States currency. The currency was seized, and Dushawn HARRIS was released from the scene.

4. On July 25, 2018, Dushawn HARRIS filed a petition for remission and/or mitigation concerning the money that was seized from him. As part of that administrative process,

Task Force Officer Dan Plumb contacted Dushawn HARRIS on August 7, 2018 in a recorded call about the seizure. Dushawn HARRIS confirmed that the money seized from him was related to the possible purchase of cocaine in St. Louis.

|  |  |
|---|---|
| _____<br>DUSHAWN HARRIS<br>Defendant | UNITED STATES OF AMERICA,<br><br>STEVEN D. WEINHOEFT<br>United States Attorney<br><br>_____<br>AMANDA M. FISCHER<br>Assistant United States Attorney |
| _____<br>MICHAEL COLONA<br>Attorney for Defendant |  |
| Date: 4-27-19 | Date: 5/8/19 |

2